**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BLUEFIELD**

**GARY DICKENS,**

**Plaintiff,**

**v.** **CIVIL ACTION NO: 1:23-00473**

**WARDEN, FCI MEMPHIS,**

**Defendant.**

## MEMORANDUM OPINION AND ORDER

Pending before the court is Dickens's emergency motion for temporary release to attend an anticipated funeral. See ECF No. 41. According to Dickens, he "invokes the Court's inherent authority to consider interim release in a habeas proceeding." Id.

Federal Rule of Appellate Procedure 23(b)(3) allows a federal habeas court to release a petitioner on personal recognizance, with or without surety, pending appellate review of the court's decision denying habeas relief. Dickens has shown neither "a substantial likelihood that he may prevail on appeal" nor "that exceptional circumstances exist which warrant granting bail." United States v. Nardone, 849 F.2d 607 (Table), 1988 WL 60788, *1 (4th Cir. June 6, 1988). Accordingly, his motion is **DENIED.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties as well as to the Fourth Circuit Court of Appeals.

**IT IS SO ORDERED** this 23rd day of November, 2026.

ENTER:

David A. Faber
Senior United States District Judge